**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6475**

───────────────

In Re:  CALVIN ROBINSON,

                                        Petitioner.

───────────────

On Petition for Writ of Mandamus.  (CA-01-4777)

───────────────

Submitted:  September 11, 2003      Decided:  October 10, 2003

───────────────

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Calvin Robinson, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Calvin Robinson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion.  He seeks an order from this court directing the district court to act.  Our review of the docket sheet reveals that the district court has recently taken substantial action in Robinson's case.  Accordingly, we deny the mandamus petition as moot.  We grant Robinson's motion for leave to proceed in forma pauperis.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2